**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6507**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

ANTONIO OWENS, a/k/a Tonio,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, Senior District Judge. (3:02-cr-00548-CMC-26)

Submitted: June 23, 2016          Decided: June 29, 2016

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Owens, Appellant Pro Se. Beth Drake, John C. Potterfield, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina; Carrie Fisher Sherard, Leesa Washington, Assistant United States Attorneys, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Owens appeals the district court's order denying what it properly construed as a motion for reconsideration of the district court's previous order denying Owens' 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines. The district court had only one opportunity to apply Amendment 782 and modify Owens' sentence. See United States v. Goodwyn, 596 F.3d 233, 235-36 (4th Cir. 2010). Accordingly, we affirm the district court's order. See United States v. Owens, No. 3:02-cr-00548-CMC-26 (D.S.C. Mar. 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED